```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CRISTIAN SANCHEZ, on behalf of himself and all                         :
others similarly situated,                                             :
                                                                       :
                                        Plaintiffs,                    :       21 Civ. 4266 (JPC)
                                                                       :
                -v-                                                    :       ORDER
                                                                       :
NOURISON INDUSTRIES INC.,                                              :
                                                                       :
                                        Defendant.                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 1, 2021, Plaintiff informed the Court that the parties in this action reached a settlement in principle and that a settlement agreement was in the process of being finalized. Dkt. 10. Plaintiff also informed the Court that "[o]nce the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." *Id.* The parties are ordered to file a status letter by November 29, 2021 advising the Court regarding the parties' settlement and whether further stay of this case is warranted. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17013.20, *available at* http://nysd.uscourts.gov/ecf_filing.php.

SO ORDERED.

Dated: October 29, 2021
       New York, New York

                                    _____
                                              JOHN P. CRONAN
                                         United States District Judge